UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CAROLYN DUREL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-4270** |
| **ALLSTATE INSURANCE COMPANY** | **SECTION "L" (3)** |

### ORDER & REASONS

Before the Court are Allstate Insurance Company's Motion for Partial Summary Judgment on Claims Under Louisiana Revised Statute 22:652 (Rec. Doc. 23) and Allstate's Motion for Partial Summary Judgment on Claims Under Louisiana Revised Statute 22:658 (Rec. Doc. 24). For the following reasons, both motions are DENIED as premature.

This case arises from a dispute regarding flood insurance coverage for the Plaintiff's home located at 21522 Chef Menteur Highway in New Orleans, Louisiana, which was damaged during Hurricane Katrina. On August 14, 2006, the Plaintiff filed suit in this Court against Allstate, her homeowner's insurance carrier, seeking payment under the policy. Allstate contends that the Plaintiff's home was destroyed by flood waters, not wind, and thus that there is no coverage by virtue of the policy's flood exclusion.

Allstate has filed two motions for partial summary judgment, one addressing Louisiana Revised Statute 22:652, and one addressing Louisiana Revised Statute 22:658. First, Allstate contends that there is no private right of action under La. R.S. 22:652, and that the Plaintiff's claims under this section should be dismissed. Second, Allstate contends that the version of La. R.S. 22:658 applicable in this case allows the Plaintiff to recover 25% of her proven damages

1

only, and does not authorize recovery of attorneys' fees.

While both motions appear to have merit in the abstract, in her complaint the Plaintiff does not allege that Allstate's conduct was arbitrary or capricious, nor does she assert bad-faith claims under either statutory section.[1]  Thus, the claims that Allstate asks this Court to dismiss do not yet exist.  Accordingly, IT IS ORDERED that both of Allstate's motions are DENIED as premature.

New Orleans, Louisiana, this   20th   day of April, 2007.

*Eldon E. Fallon*

UNITED STATES DISTRICT JUDGE

---

[1] Instead, in the course of discovery, it appears that the Plaintiff has subsequently indicated her intent to attempt to pursue such claims.

only, and does not authorize recovery of attorneys' fees.

While both motions appear to have merit in the abstract, in her complaint the Plaintiff does not allege that Allstate's conduct was arbitrary or capricious, nor does she assert bad-faith claims under either statutory section.[1]  Thus, the claims that Allstate asks this Court to dismiss do not yet exist.  Accordingly, IT IS ORDERED that both of Allstate's motions are DENIED as premature.

New Orleans, Louisiana, this   20th   day of April, 2007.

*Eldon E. Fallon*

UNITED STATES DISTRICT JUDGE

---

[1] Instead, in the course of discovery, it appears that the Plaintiff has subsequently indicated her intent to attempt to pursue such claims.